United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY CRAYTON,

Plaintiff,

v.

G. RAMEY, et al.,

Defendants.

Case No. 18-01450 BLF (PR)

**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE COMPLETE APPLICATION TO PROCEED *IN FORMA PAUPERIS***

On March 6, 2018, Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff also filed a motion for leave to proceed *in forma paupers* ("IFP"). On the same day, the Clerk sent Plaintiff a notice that his IFP motion was deficient and that Plaintiff needed to file a complete IFP motion within twenty-eight days. (Docket No. 3.) Plaintiff filed a motion for an extension of time to file a complete IFP, which the Court granted on April 12, 2018, such that he had until May 10, 2018 to do so. (Docket No. 5.) On May 1, 2018, Plaintiff filed a notice indicating that he has submitted his IFP documents to Salinas Valley State Prison, and because his IFP documents are in the custody of prison staff, "Plaintiff can only wait until the Trust Office process the form and mail it to [the Court.]" (Docket No. 6.)

In the interest of justice, the Court shall construe Plaintiff's notice as a motion for

extension of time to file a complete IFP motion. Having so construed, Plaintiff's motion is **GRANTED**. Plaintiff shall file a certificate of funds in prisoner's account **no later than June 7, 2018**, which is an extension of twenty-eight (28) days.

**Failure to respond in accordance with this order in the time provided will result in the dismissal without prejudice of this action without further notice to Plaintiff.**

**IT IS SO ORDERED.**

Dated: _May 11, 2018_

_____
BETH LABSON FREEMAN
United States District Judge

Order Granting Second Ext. of Time to File Complete IFP motion.
P:\PRO-SE\BLF\CR.18\01450Crayton_eot2-ifp.docx

2

United States District Court
Northern District of California