IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY CRAYTON,** <br><br> Plaintiff, <br><br> v. <br><br> **G. RAMEY, et al.,** <br><br> Defendants. | Case No. 5:18-cv-01450-BLF <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' FIRST MOTION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT OR OTHER DISPOSITIVE MOTION** |

Counsel for Defendants G. Ramey, P. Sullivan, and J. Holmes (collectively, the "Defendants") filed a request for a seventy calendar day extension of time, up to and including January 14, 2019, in which to file a summary judgment or other dispositive motion. The Court has read and considered the request and counsel's accompanying declaration, and finds that good cause exists to grant the request.

**IT IS HEREBY ORDERED** that Defendants' request for an extension of time is **GRANTED**, and that Defendants' time to file a summary judgment or other dispositive motion is extended for seventy calendar days, up to and including January 14, 2019. If Defendants file a motion for summary judgment or other dispositive motion, Plaintiff's opposition, if any,

//

//

1

shall be filed no later than twenty-eight (28) days from the date the motion is filed. If Defendants file a reply brief, it shall be filed no later than fourteen (14) days after the date the opposition is filed.

Dated: November 1, 2018

_____
The Honorable Beth Labson Freeman