UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CRAYTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>G. RAMEY, et al.,<br><br>　　　　Defendants. | Case No. 18-01450 BLF (PR)<br><br>**ORDER GRANTING REQUEST FOR COURT ORDER FOR ACCESS TO THE PRISON LAW LIBRARY**<br><br>(Docket No. 31) |

Plaintiff, a state prisoner, filed the instant pro se civil rights action pursuant to 42 U.S.C. § 1983 against prison staff at Salinas Valley State Prison ("SVSP"). The Court ordered the matter served on Defendants. (Docket Nos. 11, 34.)

Plaintiff has filed a request for a court order for access to the prison law library, (Docket No. 31), asserting that he needs such an order to obtain an ongoing library pass for twice a week. (Docket No. 31.) Plaintiff asserts that his "wheelchair paralytic condition" makes it difficult to gain additional time otherwise. (*Id.* at 2.) Good cause appearing, the request is **GRANTED**.

This order terminates Docket No. 31.

**IT IS SO ORDERED.**

Dated: December 3, 2018

　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　United States District Judge

Order Granting Request for Court Order
PRO-SE\BLF\CR.18\01450Crayton_lib.access