IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CRAYTON,<br><br>Plaintiff,<br><br>v.<br><br>G. RAMEY, et al.,<br><br>Defendants. | Case No. 5:18-cv-01450-BLF<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CONSOLIDATE DEADLINES FOR MOTION FOR SUMMARY JUDGMENT OR OTHER DISPOSITIVE MOTION |

Counsel for Defendants G. Ramey, P. Sullivan, and J. Holmes (collectively, the "Defendants") filed a request to consolidate the currently existing two different deadlines by which to file a summary judgment or other dispositive motion to February 25, 2019. The Court has read and considered the request and counsel's accompanying declaration, and finds that good cause exists to grant the request.

**IT IS HEREBY ORDERED** that Defendants' request to consolidate the current deadlines is **GRANTED**, and that the deadline for Defendants G. Ramey, P. Sullivan, and J. Holmes to file a summary judgment or other dispositive motion is extended up to and including February 25, 2019. If Defendants file a motion for summary judgment or other dispositive motion, Plaintiff's opposition, if any, shall be filed no later than twenty-eight (28) days from the date the motion is

1

filed. If Defendants file a reply brief, it shall be filed no later than fourteen (14) days after the date the opposition is filed.

Dated: Dec 11, 2018

_____
The Honorable Beth Labson Freeman

2

[PROPOSED] Order Granting Defs.' Mot. to Consol. Deadlines to File Summary Judgment (5:18-cv-01450-BLF)