UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CRAYTON,<br>　　　　Plaintiff,<br>　　v.<br>G. RAMEY, et al.,<br>　　　　Defendants. | Case No. 18-01450 BLF (PR)<br>**JUDGMENT** |

　　　　The Court has dismissed this action pursuant to Rule 25(a) of the Federal Rules of Civil Procedure. Judgment is entered accordingly.

　　　　**IT IS SO ORDERED.**

Dated: August 21, 2019

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.18\01450Crayton_judgment